UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUTH MARIE ANDERSON,

                Plaintiff,

    v.

KEVEN ANDREW JONES,

               Defendant.

CASE NO. 3:25-CV-5388-DGE

REPORT AND RECOMMENDATION

Noting Date: July 1, 2025

       The District Court has referred Plaintiff Ruth Marie Anderson's pending Application to Proceed *In Forma Pauperis* ("IFP") to United States Magistrate Judge David W. Christel.

       On May 6, 2025, Plaintiff filed an application to proceed IFP, that is, without paying the filing fee for a civil case. *See* Dkt. 1. The Court reviewed Plaintiff's application to proceed IFP and found it was insufficient to determine if Plaintiff is unable to pay the $405 filing fee. Dkt. 4. In the application to proceed IFP, Plaintiff states she is "sort of" employed but provides no information related to her income – either her present or past income. Further, Plaintiff did not answer Questions 4-8 on the IFP application form. Dkt. 1. The Court directed Plaintiff to file a complete application to proceed IFP on or before June 6, 2025. Dkt. 4.

REPORT AND RECOMMENDATION - 1

At this time, Plaintiff has not paid the filing fee or filed a complete application to proceed IFP. Plaintiff has not responded to the Court's Order nor taken any action in this case since she initiated the case. Therefore, the Court recommends the application to proceed IFP (Dkt. 1) be denied.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 1, 2025**.

Dated this 10th day of June, 2025.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2