UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH MARIE ANDERSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>KEVIN ANDREW JONES,<br><br>　　　　　　　Defendant. | CASE NO. 3:25-cv-05388-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) |

The Court, having reviewed the Report and Recommendation of the Honorable Judge David W. Christel, United States Magistrate Judge and the record de novo, and having received no objections to the Report and Recommendation, does hereby find and ORDER:

　　(1)　The Court **ADOPTS** the Report and Recommendation.

　　(2)　Plaintiff's application to proceed in forma pauperis is **DENIED**.

　　(3)　The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 1

Dated this 2nd day of July, 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 2